**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| MINDY JAYE ZIED-CAMPBELL, | : No. 87 EM 2019 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA; PENNSYLVANIA DEPARTMENT OF HEALTH & HUMAN SERVICES; SECRETARY OF THE PDHS; PENNSYLVANIA PDHS BUREAU OF HEARINGS & APPEALS; THE DIRECTOR & EMPLOYEES OF THE PDHS BOULEVARD COUNTY ASSISTANCE OFFICE, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of October, 2019, the Petition for Allowance of Appeal, treated as a Petition for Review, and the Application to Obtain a Reproduced Record are DENIED.